1  Robert J. Lauson, Esq. (SBN 175,486)
   LAUSON & TARVER LLP
2  880 Apollo Street, Suite 301
   El Segundo, CA  90245
3  Phone:  (310) 726-0892
   Fax:    (310) 726-0893
4  Email:  bob@lauson.com

5  Attorney for Plaintiff
   ANDCAKE, INC.

6

   JS-6

7

8              UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

10

| | |
|---|---|
| **AND CAKE, INC., a California corporation,** | **CASE NO.: 2:16-cv-02631-GW-Ex** |
| **Plaintiff,** | **Stipulated Consent Judgment And Permanent Injunction** |
| v. | |
| **PLAYDAY4EVA, LLC, a California limited liability company; LING-SU CHINN, INC., a California corporation; EMINENT, INC., a Delaware corporation; UNDERSPORTS, INC. ,a California corporation; and DOES 1 through 10, inclusive,** | **Honorable George Wu** |
| **Defendants**. | |

    Plaintiff ANDCAKE, INC., and Defendant PLAYDAY4EVA, LLC, agree as follows:

    1.    Plaintiff ANDCAKE is a corporation organized and existing under the laws of the State of California, engaged in the business of creating various original designs for different garments, and marketing and selling same since as early as

1999, with a mailing address of 1532 N. Columbus Avenue, Glendale, California 91202.

2. Defendant PLAYDAY4EVA is a California limited liability company organized and existing under the laws of the State of California with a business address of 850 S. Broadway #501, Los Angeles, CA 90014.

3. AndCake is the owner by assignment of a copyright in a Work entitled "Samantha" created by Stephanie Larrowe in 2007, Registration No. VA 1-828-478. Defendants' unauthorized use of essentially the identical embroidery pattern in blouses, dresses, shorts, tunics and rompers it distributed under the Gypsy trademark in the U.S. was unlawful.

4. Defendant's acts of distributing the copied work constitute copyright infringement under the Copyright Act, 17 U.S.C. § 101, et seq. The parties waive any findings of fact or conclusions of law under FRCP 52 or any other applicable rule, in order to effectuate the terms of this Judgment and resolve the claims asserted in this action.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. This Court has subject matter jurisdiction over this action as a federal question pertaining to copyright pursuant to 20 U.S.C. §1331 and 1338(a).

2. AndCake's registered copyright is presumed valid and enforceable, and was infringed by Defendant by their unauthorized use and distribution of the Work.

3. Pursuant to the terms of a confidential settlement agreement, Defendant shall timely pay to AndCake the sum specified therein.

4. Effective June 1, 2017, after an agreed sell-off period, Defendant and their employees, agents, related companies, and all persons and entities in active concert or participating with any of them, are permanently enjoined from engaging

1 in infringement of U.S. Copyright Registration No. VA 1-828-478 for so long as
2 AndCake's copyright remains valid and enforceable.
3     The court shall retain jurisdiction over the parties for a period of two (2)
4 years to enforce the terms of this consent judgment.
5     The parties shall each be responsible for their own attorneys' fees and costs.
6     AND THAT JUDGMENT BE ENTERED IN FAVOR OF PLAINTIFF
7 ANDCAKE ACCORDINGLY.

Dated: June 10, 2016     By: _____
    United States District Judge

- 2 -